■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN LOPEZ, Appellant. [826 NYS2d 916]—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Leventhal, J.), imposed January 21, 2003, on the ground that the sentence is excessive.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE LOPEZ, Appellant. [826 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1999 (*People v Lopez*, 266 AD2d 239 [1999]), affirming a judgment of the Supreme Court, Queens County, rendered February 26, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Krausman, JJ., concur.